IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID HOFFMANN,

Plaintiff,

v.

JOHN LAKIN, *et al*.,

Defendants.

Case No. 15-cv-648 JPG/DGW

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: March 15, 2018**          JUSTINE FLANAGAN, Acting Clerk of Court

<u>*s/Tina Gray*</u>
   **Deputy Clerk**


**Approved:**   <u>*s/J. Phil Gilbert*</u>
         **J. PHIL GILBERT**
         **DISTRICT JUDGE**